IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---

UNITED STATES OF AMERICA

          Plaintiff

-vs-

WAYNE C. COTTRELL

          Defendant

---

CASE NO. 1:12 CR 506

<u>ORDER ACCEPTING PLEA AGREEMENT AND JUDGMENT</u>

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Kenneth S. McHargh regarding the change of plea hearing and plea agreement of Wayne C. Cottrell which was referred to the Magistrate Judge with the consent of the parties.

    On 23 October 2012, the government filed a one-count indictment against Wayne C. Cottrell for felon in possession in violation of 18 U.S.C. § 922(g)(1). On 1 November 2012, a hearing was held in which Wayne C. Cottrell entered a plea of not guilty before Magistrate Judge Nancy A. Vecchiarelli, waived his right to a detention hearing and executed a waiver of detention hearing. On 24 July 2013, Magistrate Judge McHargh received Wayne C. Cottrell's plea of guilty and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered. Magistrate McHargh filed his R&R on 25 July 2013.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Wayne C. Cottrell is found to be competent to enter a plea. He understands his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Wayne C. Cottrell is adjudged guilty of Count One in violation of 18 U.S.C. § 922(g)(1) and § 924(e).

IT IS SO ORDERED.

Dated: August 14 2013

UNITED STATES DISTRICT JUDGE